UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE WHITNEY** | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:07-cv-01005 |
| **UNITED STATES OF AMERICA** | : |
| Defendant. | : |

## AFFIDAVIT OF SERVICE

The undersigned, Karen L. Forbes, hereby certifies that:

1. The Summons, Complaint, Interrogatories, and Request for Production of Documents were mailed via Certified Mail, Return Receipt Requested, on June 18, 2007, to Defendant United States of America, c/o Jeffrey A. Taylor, United States Attorney for the District of Columbia, U.S. Attorney's Office Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. 20001.

2. That receipt of the above-listed items was acknowledged, as evidenced by the Return Receipt, attached hereto and incorporated by reference herein, marked as <u>Exhibit A.</u>

3. That your Affiant avers that she is competent to be a witness and has personal knowledge of the facts stated herein.

4. That your Affiant solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

*Karen L. Forbes* (signature)
Karen L. Forbes
Assistant to Allan M. Siegel, Esq.
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600

SUBSCRIBED AND SWORN TO, before me, a Notary Public, on this 9th day of July, 2007.

*Nia T. Morson* (signature)
Notary Public

My Commission Expires:

**NIA T. MORSON**
Notary Public, District of Columbia
My Commission Expires October 14, 2011

2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States of America<br>Jeffrey A. Taylor,<br>United States Attorney's Office<br>for the District of Columbia<br>U.S. Attorney's Office<br>Judiciary Center<br>555 Fourth Street, N.W.<br>Washington, D.C. 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*)   7055 3220 0004 9163 1024 | | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Summons
ROGs
RPD
Complaint

Name (*Please Print Clearly*) (*To be completed by mailer*)
Jeffrey Taylor
Street, Apt. No.; or PO Box No.
555 4th Street, NW
City, State, ZIP+ 4
Washington DC 20001

7055 3220 0004 9163 1024

PS Form 3800, July 1999   See Reverse for Instructions

**EXHIBIT A**