**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RENEE WHITNEY** | : |
|     Plaintiff, | : |
| v. | :   C.A. No. 1:07-cv-01005 |
| **UNITED STATES OF AMERICA** | : |
|     Defendant. | : |

**AFFIDAVIT OF SERVICE**

The undersigned, Karen L. Forbes, hereby certifies that:

1.  The Summons, Complaint, Interrogatories, and Request for Production of Documents were mailed via Certified Mail, Return Receipt Requested, on June 18, 2007, to Defendant United States of America, c/o Honorable Alberto R. Gonzales, Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

2.  That receipt of the above-listed items was acknowledged, as evidenced by the Return Receipt, attached hereto and incorporated by reference herein, marked as <u>Exhibit A.</u>

3.  That your Affiant avers that she is competent to be a witness and has personal knowledge of the facts stated herein.

4. That your Affiant solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

*Karen L. Forbes*
Karen L. Forbes
Assistant to Allan M. Siegel, Esq.
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600

SUBSCRIBED AND SWORN TO, before me, a Notary Public, on this 9th day of July, 2007.

*Nia T. Morson*
Notary Public

My Commission Expires:

**NIA T. MORSON**
Notary Public, District of Columbia
My Commission Expires October 14, 2011

2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   Hon. Alberto R. Gonzales, Attorney
   General of the United States
   Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   JUN 2 2 2007                      6/22/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7099 3220 0004 9163 1031

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: Summons Ros RPDs Complaint

7099 3220 0004 9163 1031

Name (Please Print Clearly) (To be completed by mailer)
   Hon. Alberto Gonzales
Street, Apt. No. or PO Box No.
   950 Pennsylvania Ave NW
City, State, ZIP+4
   Washington, D.C. 20530

PS Form 3800, July 1999    See Reverse for Instructions


EXHIBIT A