UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE WHITNEY )<br>6006 3rd Street, N.W. )<br>Washington, D.C. 20011 )<br>               Plaintiff )<br>   v. )<br> )<br>UNITED STATES OF AMERICA )<br> )<br>               Defendant. )<br> ) | Civil Action No.: 07-1005 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

                              /s/
                             KENNETH ADEBONOJO
                             Assistant United States Attorney
                             555 4th St., N.W.
                             Washington, D.C. 20530
                             (202) 514-7157
                             kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Allan M. Siegel**, via Electronic Case Filing (ECF).

ALLAN M. SIEGEL
Chaikin & Sherman, P.C.
1232 17th Street, N.W.
Washington, D.C.  20036

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov