UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RENEE WHITNEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1005  (JMF) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SCHEDULING ORDER

This matter having come before the Court for an initial status conference and having considered the requests of the parties, this Court[1] issues the following scheduling order. It is hereby,

**ORDERED** that the parties shall comply will the following directives:

1. Each party is limited to a maximum of five depositions and twenty-five interrogatories.

2. Any dispositive motions or cross-motions are to be filed by March 14, 2008, oppositions to said motions or cross-motions are to be filed by March 25, 2008, and any replies are to be filed by March 28, 2008.

3. All disclosures required by Fed. R. Civ. P. 26(a)(1) are to be made by December 6, 2007.

4. Plaintiff is to make the disclosures required by Fed R. Civ. P. 26(a)(2) as to any expert who plans on testifying no later than December 10, 2007.  Defendant shall provide the

---

[1] The parties have consented to a referral of this case to a Magistrate Judge for all purposes including trial.

identity of any expert witness and all such disclosures required by the same rule no later than January 10, 2008. Plaintiff shall provide the identity of any rebuttal expert witness and all such disclosures required by the same rule no later than January 25, 2008.

    5.    All discovery shall begin immediately and shall be completed by March 5, 2008.

    6.    Any discovery requests already served shall be treated, for purposes of calculating the date for response, as having been served on the date of this order.

    7.    A status conference is not set at this time.

    8.    A pretrial conference in this matter will be set for April 14, 2008, at 9:30 a.m. Three weeks in advance of the Pretrial Conference, counsel are required to meet and prepare a Joint Pretrial Statement, in accordance with Local Rule 16.4 and the Pretrial Procedures Order, which the parties shall receive prior to the Pretrial Conference. This Order will give explicit direction on preparation of the Joint Pretrial Statement, which is required to be delivered to chambers not less than eleven days prior to the conference.

    9.    The trial will be set for May 5, 2008, with an estimated length of two days.

    10.    The parties are to inform chambers no later than January 15, 2008, whether they believe there is a realistic prospect of settlement.

The parties should be aware that all pleadings should contain my initials on the right hand portion of the caption. Additionally, any motions that do not comply with Local Rule 7.1(c) or (m) shall be immediately stricken. Finally, counsel shall confer in good faith in an effort to resolve any discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a brief telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without following the procedures set forth in this paragraph. If the Court is called upon to resolve a discovery dispute

and the Court determines that good faith efforts could have resulted in a resolution of the matter without Court intervention, the Court may consider sanctions pursuant to Fed. R. Civ. P. 37.

Dates in this Order are firm and may only be altered by the Court under compelling circumstances.

**SO ORDERED.**

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated  November 6, 2007