UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE WHITNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No: 07-1005 (ESH/JMF) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

### PARTIES' JOINT MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

The parties hereby move for a forty-five (45) day extension of time to conduct discovery up to and including April 18, 2008. Currently, discovery ends on March 5, 2008. Good cause exists to grant this motion.

1. The parties have been diligently engaged in discovery. Defendant has provided responses to Plaintiff's discovery requests and Plaintiff's response to Defendant's are due by the end of this week.

2. Despite diligent efforts to complete depositions, counsel have been unable to do so due to the press of business.

3. The parties have conferred and scheduled depositions as follows: the operator of Defendant's vehicle and a Fed. R. Civ. P. 30(b)(6) designee will be deposed on March 13, 2008; Plaintiff will be deposed on March 20, 2008.

4. Defendant is still reviewing Plaintiff's medical records to determine whether a deposition is necessary for Plaintiff's treating physicians.

5. The parties have consulted and agree to referral to mediation before Judge Kay.

6. The parties anticipate that this brief extension will be minimally disruptive to the current scheduling order. At a minimum, it appears the extension will move the items on the scheduling order back forty-five (45) days each.

7. The parties have conferred pursuant to Local Rule 7(m).

WHEREFORE, the parties respectfully request that this enlargement be granted. A minute order is respectfully requested.

Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR DEFENDANT

\_/s/_____
ALLAN M. SIEGEL, FED. BAR #447705
CHAIKIN & SHERMAN, P.C.
The Law Building
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Telephone: (202)659-8600

ATTORNEY FOR PLAINTIFF