UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE WHITNEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No: 07-1005 (ESH/JMF) |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

## MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

The United States of America ("Defendant") hereby moves for an extension of time to conduct discovery up to and including May 16, 2008. Currently, discovery ends on April 18, 2008. Good cause exists to grant this motion.

1. The parties have been diligently engaged in discovery. The parties have exchanged paper discovery and completed depositions of Defendant's vehicle operator and a Fed. R. Civ. P. 30(b)(6) designee.

2. Defendant took the first part of Plaintiff's deposition on April 10, 2008, and the parties have scheduled the second part for April 24, 2008. The additional time is sought in anticipation of follow up to testimony that may be elicited at the deposition.

3. Defendant is still reviewing Plaintiff's medical records to determine whether a deposition is necessary for Plaintiff's treating physicians.

4. Mediation before Judge Kay is scheduled for June 18, 2008.

5. This brief extension should have no or minimal effect on the current scheduling order.

6.	Pursuant to LCvR 7(m), Defendant sought and obtained Plaintiff's consent to this motion.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

>	Respectfully submitted,
>
>	/s/_____
>	JEFFREY A. TAYLOR, DC Bar#498610
>	United States Attorney
>
>	/s/_____
>	RUDOLPH CONTRERAS, DC Bar #434122
>	Assistant United States Attorney
>
>	/s/_____
>	KENNETH ADEBONOJO
>	Assistant United States Attorney
>	555 4th Street, N.W., Room E-4110
>	Washington, D.C. 20530
>	Telephone (202) 514-7157
>	Facsimile (202)514-8780
>	kenneth.adebonojo@usdoj.gov
>
>	ATTORNEYS FOR DEFENDANT