REFERRAL TO MAGISTRATE JUDGE

CATEGORY: Type B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:2674 Federal Tort Claims Act | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-1005 | DATE REFERRED:<br>04/02/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Mag. Judge Facciola | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>Renee Whitney | | DEFENDANT(S):<br>United States of America | | |
| ENTRIES: | | | | |