UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE WHITNEY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 07-1005 (ESH/JMF) |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

### MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

The United States of America ("Defendant") hereby moves for a thirty-day (30) extension of time to conduct discovery up to and including June 16, 2008. Currently, discovery ends on May 16, 2008. Good cause exists to grant this motion.

1. The parties have been diligently engaged in discovery. The parties have exchanged paper discovery, completed Plaintiff's deposition as well as that of Defendant's vehicle operator and a Fed. R. Civ. P. 30(b)(6) designee. The deposition of an individual who was present at the scene of the accident and may have been a witness to the actual accident was scheduled for later today but had to be rescheduled at the witness' request.

2. Although records from Plaintiff's treating physicians had previously been submitted, Defendant sought to avoid the expense of an IME or depositions of Plaintiff's treating physicians until absolutely necessary. In light of Plaintiff's deposition testimony and a review of her medical records from her treating physicians, Defendant determined that Plaintiff's IME was indeed necessary and that a deposition of one or two of her treating physicians will help crystalize the issues for trial.

3. Accordingly, on May 2, 2008, Defendant moved for an IME and execution of Authorizations for the Release of Medical Records, which Plaintiff had refused and continues to refuse to execute to enable Defendant to obtain Plaintiff's comprehensive medical history.

4. This brief extension will enable Plaintiff's IME should the Court order it and enable depositions of one or two of Plaintiff's treating physicians as well as enable Plaintiff to depose Defendant's expert witness.

5. This matter is scheduled for mediation before Judge Kay on June 18, 2008, and for trial on July 29, 2008. This brief extension threatens neither of these dates.

6. Pursuant to LCvR 7(m), the parties conferred about this motion and Plaintiff opposes same at this time. Opposing counsel indicates that he might reconsider his position after this motion is filed.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2007, I caused a true and correct copy of the foregoing to be served on Plaintiff's Counsel

>Allan M. Siegal, Esq.
>Chaikin & Sherman
>1232 17th Street, N.W.
>Washington, DC 20036

and via the Court's ECF system.

>/s/_____
>KENNETH ADEBONOJO
>Assistant United States Attorney