UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RENEE WHITNEY                     :
                                  :
         Plaintiff,               :
                                  :
v.                                :   C.A. No. 1:07-cv-01005
                                  :
UNITED STATES OF AMERICA          :
                                  :
         Defendants.              :
                                  :

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

COMES NOW Plaintiff, Renee Whitney, by and through her counsel, Allan M. Siegel and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and opposes Defendant's Motion To Enlarge Time to Conduct Discovery, and as reasons therefore, state as follows:

1. Defendant seeks to enlarge discovery for the purposes of having Plaintiff undergo an IME and take the depositions of Plaintiff's treating physicians.

2. Plaintiff filed a timely 26(a)(2) Statement identifying her treating physicians as experts on December 6, 2007.

3. Defendant has failed to provide any explanation as to why it did not request an IME earlier or request dates Plaintiff's physicians were available for deposition.

4. Defendant's failure to abide by the Scheduling Order is clearly documented in Plaintiff's Opposition to Defendant's Motion

for an Order for Plaintiff's Independent Medical Examination, which is incorporated by reference herein.[1] As set forth in that Opposition, trial is scheduled for July 28, 2008 and the parties must begin preparing for trial. Defendant should not be entitled, as this late date, to reopen discovery when Defendant provides no good faith basis or even a reasonable excuse for failing to have accomplished this earlier.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendant's Motion to Enlarge Time to Conduct Discovery.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SEIGEL, P.C.**

/s/Allan M. Siegel
Allan M. Siegel
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600
Attorneys for Plaintiffs

---

[1] Defendant filed a Reply stating that Plaintiff's Opposition was "untimely." Defendant does not explain the basis for this belief. However, Plaintiff's Opposition was timely filed pursuant to the rules of this Court.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2008, a copy of the foregoing Plaintiff's Opposition Defendant's Motion to Enlarge Time to Conduct Discovery was served via the court's ECF System to:

Kenneth Adebonojo, Esquire
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

/s/Allan M. Siegel
Allan M. Siegel