# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RENEE WHITNEY,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1005 (JMF) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Motion for an Order for Plaintiff's Independent Medical Examination [#17] and Motion to Enlarge Time to Conduct Discovery [#18] are hereby **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff's Opposition to Motion to [sic] Defendant's Motion for an Order for Plaintiff's Independent Medical Examination [#19] be stricken.

**SO ORDERED.**

Dated: June 6, 2008

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE