**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **RENEE WHITNEY,** | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 07-1005 (ESH/JMF) |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Defendant. | ) ) ) | |

**JOINT MOTION TO ENLARGE TIME TO FILE A JOINT PRETRIAL STATEMENT**

The parties hereby move to enlarge time to file the parties' Joint Pretrial Statement until July 11, 2008.  The Joint Pretrial Statement is currently due today, July 7, 2008.  Good cause exists to grant this motion.

1. The parties have been engaged in discovery, which only ended on July 3, 2008.

2. In fact, Plaintiff's treating physician's deposition was taken on June 26, 2008, and the parties are still awaiting a transcript of that deposition.

3. In light of the need to refer to the treating physician's deposition testimony and the need for the parties to confer, it is respectfully requested that the due date for the Joint Pretrial Statement be extended until July 11, 2008.

WHEREFORE, the parties respectfully request that this enlargement be granted.  A minute order is respectfully requested.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR DEFENDANT

/s/_____
ALLAN M. SIEGEL, FED. BAR #447705
CHAIKIN & SHERMAN, P.C.
The Law Building
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Telephone: (202)659-8600

ATTORNEY FOR PLAINTIFF